IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORGAN KULCHAWIK, AUSTIN IVES AND BERNADETTE BALEK, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLARNEY ENTERPRISES, INC.,<br><br>Defendant. | No. 1:18-cv-05962<br><br>Judge Charles P. Kocoras |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiffs Morgan Kulchawik, Austin Ives, and Bernadette Balek ("Plaintiffs") and Defendant Port of Blarney, Inc.[1] ("Defendant"), hereby jointly seek approval of the parties' Settlement Agreement and Release ("Agreement") and dismissal of all claims against Defendant pursuant to Fed. R. Civ. P. 41(a)(2) as outlined below.

1. On August 30, 2018, Plaintiffs filed their Complaint against Defendant in the United States District for the Northern District of Illinois, Case No. 2018 cv 05962, alleging claims under the Fair Labor Standards Act ("FLSA") and the Illinois Minimum Wage Law ("IMWL"). Plaintiffs filed their Complaint as a purported class/collective action.

2. The parties wish to resolve this case on an individual basis with only the three named Plaintiffs. The parties have concluded, based upon their investigation conducted in this case, and taking into account the contested factual and legal issues involved, the expense and time necessary to prosecute the lawsuit through trial, and the risks, costs and uncertainties of

---

[1] There is no such entity as "Blarney Enterprises, Inc." The employer of each of the three Plaintiffs was Port of Blarney, Inc.

further prosecution of the lawsuit, that a settlement is fair, reasonable, and adequate, and in the best interests of the parties.

3. Courts have taken the position that settlements of FLSA and IMWL claims must be approved by a Court of competent jurisdiction. *See, e.g., Ladegaard v. Hard Rock Concrete Cutters, Inc.*, 2001 WL 1403007, at *6 (N.D. Ill. 2001).

4. The settlement reached by the parties represents a fair, just and reasonable resolution of the claims alleged by Plaintiffs. The settlement is between Plaintiffs individually and Defendant, and is not a class/collective settlement. A copy of the settlement agreement is attached hereto as **Exhibit A**.

5. The settlement reached by the parties is the result of investigation and negotiations between the parties to resolve this matter. The settlement figure agreed upon bears a reasonable and fair relationship to the amount alleged by Plaintiffs in this matter, and also takes into consideration the inevitable risks of litigation and the defenses which have been or could be raised by Defendant.

6. The settlement was negotiated at arm's length, by experienced counsel concerning *bona fide* disputes between their clients with respect to liability and the amount due for allegedly unpaid wages, including prejudgment interest.

7. Factors indicating fairness are present, including the fact that the parties thoroughly investigated the issues; that the parties conserved substantial time and expense that would have been required had the case proceeded forward in litigation; and that, by settling, Plaintiffs are assured a reasonable recovery on their claims, thereby avoiding the uncertainties associated with further litigation.

8. In accordance with the parties' Settlement Agreement, all of Plaintiffs' claims against Defendant shall be released and dismissed with prejudice.

WHEREFORE, the parties respectfully request the Court grant their Joint Motion, enter the Proposed Order attached as **Exhibit B** approving the Agreement, and afford the parties all other appropriate relief.

Dated: May 22, 2019　　　　　　　　　　　　Respectfully submitted,

/s/ *Kenneth E. Kraus (by consent)*
Kenneth E. Kraus
Ken Kraus Law, LLC
215 Glen Hollow Road
Madison, WI 53705
608-228-1606
**ATTORNEY FOR PLAINTIFF**


/s/ *Todd M. Church*
Todd M. Church
Littler Mendelson, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
312-795-3218
**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on May 22, 2019, he caused true and correct copies of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all Filing Users.

/s/ *Todd M. Church*
One of the Attorneys for Defendant

FIRMWIDE:164299354.1 099856.1001