**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MORGAN KULCHAWIK, AUSTIN IVES AND BERNADETTE BALEK, on behalf of themselves and those similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**BLARNEY ENTERPRISES, INC.,**<br><br>Defendant. | No. 1:18-cv-05962<br><br>Judge Charles P. Kocoras |

**ORDER APPROVING SETTLEMENT**

This cause coming to be heard on the parties' Joint Motion for Approval of Settlement Agreement, the Court having reviewed the proposed Settlement Agreement and Release ("Agreement") and otherwise being fully advised in the premises, the Court hereby finds and orders as follows:

1. After a review of the Agreement submitted jointly by the parties to the Court for review and approval, the Court determines that the terms of the settlement of this litigation are fair and reasonable, and that the settlement is in the best interests of the parties.

2. This Court makes no finding as to Defendant's liability, and notes that Defendant has made no admission of liability or of any violation of law.

3. The Court therefore grants final approval of the Agreement, including the releases and payments set forth therein.

4. Upon the entry of this Order Approving Settlement, the release by Plaintiffs as provided in the Agreement shall be effective and in full force and effect and binding upon them.

5. Pursuant to the Agreement, the Court dismisses all claims against the Defendant with prejudice.

SO ORDERED this 24th day of May, 2019

*Charles P. Kocoras*
_____
HONORABLE CHARLES P. KOCORAS
UNITED STATES DISTRICT COURT JUDGE

FIRMWIDE:164300053.1 099856.1001